**Marie E. GACHELIN, Administratrix of the Estate of Reginald Gachelin and Marie E. Gachelin as Trustee Ad Litem and Marie Gachelin, in her own right, Respondent,**

v.

**CITY OF PHILADELPHIA, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 16, 1997.

Alan C. Ostrow, Philadelphia, for petitioner.

*ORDER*

PER CURIAM.

AND NOW, this 16th day of September, 1997, it is ordered that the petitioners' petition for allowance of appeal is GRANTED, and the order of the Commonwealth Court is **AFFIRMED**.

ZAPPALA, J., dissents and would reverse the order of the Commonwealth Court.